IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No 09-cv-02724-MSK-BNB | Date: May 10, 2010 |
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A401 |

---

| | |
|---|---|
| CATHERINE M. REIN, | PRO SE |
| Plaintiff(s) | |
| v. | |
| BELLCO CREDIT UNION, | Mark Wiletsky |
| Defendant(s). | |

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session: 9:31 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant's Motion for Entry of Protective Order [Doc. No. 20, filed 4/22/2010] is GRANTED.

Court in Recess   9:42 a.m.   Hearing concluded.   Total time in Court:00:11

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.