IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02724-MSK-BNB

CATHERINE M. REIN,

Plaintiff,

v.

BELLCO CREDIT UNION,

Defendant.
_____

# ORDER
_____

This matter arises on **Bellco's Motion to Vacate and Reset Settlement Conference and Related Deadlines** [Doc. # 26, filed 5/19/2010] (the "Motion to Vacate").  The plaintiff has filed a response opposing the Motion to Vacate [Doc. # 28].  I also have received and reviewed the parties' confidential settlement statements submitted in anticipation of the settlement conference.  Based upon Bellco's statements in the Motion to Vacate and the contents of the confidential settlement statements, I have determined that a settlement conference at this time would be futile and a waste of judicial and the parties' resources.

IT IS ORDERED that the Motion to Vacate [Doc. # 26] is GRANTED.  The settlement conference set for June 3, 2010, at 3:00 p.m., is VACATED and RESET to **August 31, 2010, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

All settlement conferences that take place before the magistrate judge shall be confidential.  *Pro se* parties, attorneys, and client representatives with full authority to settle the

case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit an updated confidential settlement statement to the magistrate judge on or before **August 24, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated May 28, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge