IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02724-MSK-BNB

CATHERINE M. REIN,

Plaintiff,

v.

BELLCO CREDIT UNION,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Defendant's Motion to Vacate and Reset Settlement Conference and Related Deadlines, and Request for Insurance Adjustor to Participate By Telephone** [Doc. # 30, filed 8/18/2010] is GRANTED. The settlement conference set for August 31, 2010, at 10:00 a.m., is VACATED and RESET to **September 13, 2010, at 10:00 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. Each party shall submit a confidential settlement statement to the magistrate judge on or before **September 6, 2010**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

     IT IS FURTHER ORDERED that the defendant's insurance adjustor may participate in the settlement conference by telephone.

DATED: August 20, 2010