IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02724-MSK-BNB

CATHERINE M. REIN,

Plaintiff,

v.

BELLCO CREDIT UNION,

Defendant.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before October 4, 2010, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated September 13, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge